# United States District Court
## Southern District of Georgia

MEDIA GENERAL OPERATIONS, INC.

Plaintiff

v.

SCHURZ COMMUNICATIONS, INC., WAGT TELEVISION, ET AL

Defendant

Case No. CV116-026

Appearing on behalf of
MEDIA GENERAL OPERATIONS, INC
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 10th day of March, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Matthew Maclean

Business Address:
Pillsbury Winthrop Shaw Pittman LLP
Firm/Business Name

1200 Seventeenth Street NW
Street Address

| Washington | DC | 20036 | |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| | |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: matthew.maclean@pillsburylaw.com